UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Tennille Kohanyea Perry<br><br>Debtor(s) | Case No. 15 B 04708 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/12/2015.

2) The plan was confirmed on 05/27/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/09/2016.

5) The case was Dismissed on 02/24/2016.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,000.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,930.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $70.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,000.00

Attorney fees paid and disclosed by debtor: $400.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A/R Concepts | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| A/R Concepts | Unsecured | 1,873.00 | NA | NA | 0.00 | 0.00 |
| A/R Concepts | Unsecured | 2,310.89 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 380.00 | 380.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 850.00 | 850.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 260.00 | 260.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Bank of America | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Bellwood Public Library | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Beneficial Net Bank USA | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| BMG Music Group | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 2,172.00 | NA | NA | 0.00 | 0.00 |
| City of Berwyn | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,500.00 | 1,350.00 | 1,350.00 | 0.00 | 0.00 |
| CMI | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| Com Ed | Unsecured | 362.52 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 500.00 | 2,687.10 | 2,687.10 | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 1,185.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 0.00 | 52,096.51 | 52,096.51 | 0.00 | 0.00 |
| Direct Loan Service System | Unsecured | 20,648.00 | NA | NA | 0.00 | 0.00 |
| Emerge | Unsecured | 767.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 8,688.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Fed Loan Serv | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 4,871.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 4,790.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 5,734.00 | NA | NA | 0.00 | 0.00 |
| FMS Services | Unsecured | 2,129.00 | NA | NA | 0.00 | 0.00 |
| GECC Loan | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Gecrb/Jcp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Greater Chicago Financ | Unsecured | 2,773.00 | NA | NA | 0.00 | 0.00 |
| Greater Chicago Finance | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| HBLC | Unsecured | 2,631.00 | NA | NA | 0.00 | 0.00 |
| HSBC Auto Finance | Unsecured | 11,189.00 | NA | NA | 0.00 | 0.00 |
| Hsbc/Scusa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| IC System | Unsecured | 1,234.03 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,800.00 | 575.99 | 575.99 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 9.11 | 9.11 | 0.00 | 0.00 |
| LabCorp | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| LUMC Patient Payments | Unsecured | 219.72 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| Mid Atlantic Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MID Atlantic Finance Co | Unsecured | 3,276.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,083.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mount Sinai Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services LLC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Municollofam | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| My Next Day Cash Account | Unsecured | 930.00 | NA | NA | 0.00 | 0.00 |
| My Next Day Cash.com | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| National Student Loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Co | Unsecured | 560.70 | NA | NA | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | 0.00 | 1,972.67 | 1,972.67 | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 2,710.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 1,212.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,700.00 | 2,627.72 | 2,627.72 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 667.00 | 396.83 | 396.83 | 0.00 | 0.00 |
| Peoplesene | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performanc | Unsecured | 1,185.00 | NA | NA | 0.00 | 0.00 |
| Rjm Acq Llc | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| RJM Acq LLC | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 2,216.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Silver Cloud Financial | Unsecured | 0.00 | 630.00 | 630.00 | 0.00 | 0.00 |
| Sinai Medical Group | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Sinai Medical Group | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Social Security Administration | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Stellar Recovery Inc | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Sure Advance LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | 162.06 | NA | NA | 0.00 | 0.00 |
| Taxmasters | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| The Wilbur Lane Law Firm | Unsecured | 2,795.37 | NA | NA | 0.00 | 0.00 |
| U S A Funds | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| U S A Funds | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USA Money Shop | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| USA Money Shop | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Van Ru Credit Corp | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Bellwood | Unsecured | 4,250.00 | NA | NA | 0.00 | 0.00 |
| Village of Cicero | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Weschester | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $575.99 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$575.99** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$64,899.94** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,000.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$2,000.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/02/2016                                   By: /s/ Marilyn O. Marshall
                                                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**